UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80011-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JAMIE MICHAEL LARKIN,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 16]. On February 22, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 12] during which Defendant pled guilty to the sole Count of the Information [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 14, 15]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to sole Count of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 1]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 16] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Jamie Michael Larkin** as to the sole Count of the Information is **ACCEPTED**.

CASE NO. 24-80011-CR-CANNON

3. Defendant **Jamie Michael Larkin** is adjudicated guilty of the sole Count of the Information, conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1347 [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of March 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record