UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80011-CR-AMC

UNITED STATES OF AMERICA

vs.

JAMIE MICHAEL LARKIN,

    Defendant.
_____/

### THE UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT'S REQUEST FOR SELF-SURRENDER

The United States of America, through the undersigned counsel, files the following response as ordered by the Court (DE 31) to the Defendant's forthcoming request for self-surrender. Based on the documented medical issues raised by the Defendant, the Government has no objection to his self-surrender.

Respectfully submitted,

MARKENZIE LAPOINTE
UNITED STATES ATTORNEY

Date:  June 28, 2024        By:  s/Timothy J. Abraham
                                               TIMOTHY J. ABRAHAM
                                               ASSISTANT U.S. ATTORNEY
                                               Florida Bar No. 114372
                                               99 N. E. 4th Street, 6th Floor
                                               Miami, Florida 33132-2111
                                               Tel. No. (786) 877-4964
                                               Fax No. (305) 530-7976
                                               **Email: Timothy.Abraham2@usdoj.gov**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which sent notice to the parties of record.

/s/Timothy J. Abraham
Timothy J. Abraham, AUSA