UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-80011-CANNON

UNITED STATES OF AMERICA

vs.

JAMIE MICHAEL LARKIN,

    Defendant.
_____/

## UNITED STATES' UNOPPOSED MOTION FOR REDUCTION OF SENTENCE

Pursuant to United States Sentencing Guidelines ("USSG") Section 5K1.1 and Title 18, United States Code, Section 3553(e), the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves for a 25% reduction in the sentence of the defendant listed above in order to reflect his substantial assistance in the investigation or prosecution of others. In support of this motion, the government states as follows:

1. Based on the facts of this case, as will be detailed at the sentencing hearing, the defendant's assistance warrants a reduction in his sentence pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e).

2. Based on the Government's agreement to a 6-month downward variance, the Government's initial recommendation was 18 months' imprisonment. If this motion is granted, the Government's recommendation would be 13 months' imprisonment. The Defendant, through counsel, does not oppose this motion but wishes to argue for a greater sentence reduction. Neither the Government or the

        Defendant are disputing the facts related to the Defendant's cooperation. The Defendant is just seeking a greater sentence reduction.

3. The Government is aware of the Court's Omnibus Order (DE 8) which states that "all motions for upward or downward departures and/or variance shall be in writing and filed at least ten (10) calendar days before the sentencing hearing. Responses shall be filed three (3) calendar days before the sentencing hearing." (DE 8 at 17d.)

4. The Court has once re-set the sentencing hearing due to non-compliance with the Scheduling Order. [DE 31].

5. If the Court finds that this 5K1.1 motion is a further violation of the Omnibus Order, the Government and the defense counsel are prepared to file a joint motion to continue the sentencing hearing as necessary to comply with the Court's Scheduling Order.[1]

---

[1] However, the Government in obtaining authority to file this motion had to also consider Defendant's recent cooperation including actions within 10 days of the sentencing hearing and also had to await supervisor's review and approval.

6.  The Defendant, through counsel, advises that Defendant is not seeking a further delay in self-surrender beyond July 23, 2024.

WHEREFORE the United States respectfully requests that this Court grant this motion.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

July 19, 2024          By:   /s/ Timothy J. Abraham
Timothy J. Abraham
Assistant United States Attorney
Florida Bar No. 114372
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9438
Fax: (305) 536-4699
Timothy.Abraham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on July 19, 2024, and a copy was provided to all counsel of record by that means.

/s/ Timothy J. Abraham
Assistant United States Attorney