UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80011-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JAMIE MICHAEL LARKIN**,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO CONTINUE CURRENT EMPLOYMENT AND/OR CLARIFICATION OF SENTENCE

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe on Defendant's Motion for Leave to Continue Current Employment and/or Clarification of Sentence [ECF No. 66]. No party has filed objections to the Report, and the period to do so has expired. Following review, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 69] is **ACCEPTED**.

2. Defendant's Motion for Leave to Continue Current Employment and/or Clarification of Sentence [ECF No. 66] is **GRANTED** for the reasons stated in the well-reasoned Report and Recommendation.

3. Defendant is permitted to own and operate IV Me Now so long as the company continues to operate without private or government insurance billing. Such work shall not be deemed a violation of Defendant's conditions of supervised release.

4. No other modifications or clarifications to the conditions of supervised release are permitted in this Order.

CASE NO. 24-80011-CR-CANNON

**ORDERED** in Chambers at Fort Pierce, Florida this 7th day of August 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record